UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARITUS MILLER, on behalf of himself and
those similarly situated

    Plaintiff,

v.                                                Case No: 8:14-cv-2879-T-36MAP

COLONIAL GROCERS, INC., KHALIL
HAMDEN and YASIN SAAD,

    Defendants.
_____/

# ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Mark A. Pizzo on February 17, 2015 (Doc. 15). In the Report and Recommendation, Magistrate Judge Pizzo recommends that the parties' joint notice of settlement, joint stipulation and motion for approval of the settlement agreement, and dismissal with prejudice (Doc. 14) be GRANTED and that the Court enter an order dismissing the Plaintiff's case with prejudice. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). The parties filed a joint notice of no objection to the Report and Recommendation (Doc. 16).

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 15) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Notice of Settlement, Joint Stipulation and Motion for Approval of the Settlement Agreement, and Dismissal with Prejudice (Doc. 14) is **GRANTED.** The settlement agreement (Doc. 14 - Ex. A) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(3) This action is **DISMISSED**, with prejudice.

(4) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on February 18, 2015.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Mark A. Pizzo
Counsel of Record